**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | THOMASEN R. INGERSOLL |
| Debtor 2 (Spouse, if filing) | KELLI A. INGERSOLL |
| United States Bankruptcy Court for the: | Western District of Missouri (State) |
| Case number | 21-50191 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Independent Farmers Bank ("IFB")          **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:          Please see Proofs of Claim
____  ____  ____  ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 07-08-2021 to 12-01-2021 | (3) | $ 9,183.72 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    THOMASEN R. INGERSOLL

      First Name      Middle Name      Last Name

Case number (*if known*) ___21-50191___

---

**Part 2:**   **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Jill Niece

   Signature

Date ___12___/___21___/___2021___

Print:    Jill        Denise        Niece

     First Name      Middle Name      Last Name

Title ___President/CEO___

Company    Independent Farmers Bank

Address    P.O. Box 128

     Number      Street

     Maysville        MO        64469

     City        State      ZIP Code

Contact phone ( 816 ) 449 – 2182

Email ___jill@farmbank.net___

---

INDEPENDENT FARMERS BANK
THOMASEN & KELLI INGERSOLL                                        21-50191
Summary of Fees/Costs for Notice of Post-petition Mortgage Fees, Expenses, and Charges

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 07/08/2021 | Review key bankruptcy documents (plan, schedules, SOFA) and loan documents from client and follow up (M. Fielding) | .8 | $356.00 |
| 07/09/2021 | Reviewed and approved entry of appearance pleading and continued work on the proof of claim (M. Fielding) | .1 | $44.50 |
| 07/20/2021 | Reviewed and edited draft proofs of claim (M. Fielding) | .9 | $400.50 |
| 07/21/2021 | Continued work on proof of claim (M. Fielding) | .2 | $89.00 |
| 07/21/2021 | Call with Debtor's counsel regarding plan and liquidation of the rental property (M. Fielding) | .1 | $44.50 |
| 07/21/2021 | Call with client discussing objections to Plan and possible sale of the rental property (M. Fielding) | .3 | $133.50 |
| 07/21/2021 | Worked on objection to Plan and reviewed documentation suggesting Debtors only own 2/3 of their residence and followed up with Debtors' counsel regarding this new development (M. Fielding) | .4 | $178.00 |
| 07/21/2021 | Drafted request for proof of insurance (M. Fielding) | .5 | $222.50 |
| 07/21/2021 | Reviewed Chapter 13 Plan noting several objectionable issues with it (M. Fielding) | .5 | $222.50 |
| 07/22/2021 | Work regarding research two key issues in light of learning that the residential property was not owned as tenants with right of survivorship (M. Fielding) | .2 | $89.00 |
| 07/22/2021 | Make additional edits to proof of claim (M. Fielding) | .2 | $89.00 |
| 07/22/2021 | Strategize regarding needed research for deed issue (R. DeLong) | .3 | $102.00 |
| 07/22/2021 | Prepare initial draft of objection to Plan (S. Williams) | .5 | $97.50 |
| 07/23/2021 | Reviewed proofs of claim and sought bank's approval of same (.1); exchanged emails with Bank regarding issues with proof of claim (.2) (M. Fielding) | .3 | $133.50 |
| 07/23/2021 | Drafted objection to Plan (M. Fielding) | .9 | $400.50 |
| 07/23/2021 | Research impact of non-spouse owner of homestead exemption and on bankruptcy case (R. DeLong) | 1.7 | $578.00 |
| 07/26/2021 | Drafted objection to Chapter 13 Plan (M. Fielding) | 1.6 | $712.00 |
| 07/26/2021 | Reviewed research regarding issue with property in which debtors only own a 2/3 interest and follow up (M. Fielding) | .2 | $89.00 |
| 07/26/2021 | Research cases permitting non-debtor to force sale of jointly owned estate property (R. DeLong) | .8 | $272.00 |
| 07/26/2021 | Summarize research on homestead issue and sale of property owned by non-debtor (R. DeLong) | .3 | $102.00 |
| 07/27/2021 | Followed up with Debtors' counsel regarding lack of insurance on collateral and possible stipulated stay relief (M. Fielding) | .1 | $44.50 |
| 07/27/2021 | Work regarding finalizing Proof of Claim (M. Fielding) | .1 | $44.50 |
| 07/27/2021 | Finalized objection to Plan (M. Fielding) | .5 | $222.50 |
| 07/27/2021 | Draft summary of research on non-debtor or trustee sale of co-owned property by non-debtor (R. DeLong) | .4 | $136.00 |
| 07/28/2021 | Reviewed Court's notice regarding hearing on Chapter 13 Plan objection and follow up (M. Fielding) | .1 | $44.50 |

540261-4
HB: 4871-3785-1911.1

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/04/2021 | Strategize regarding potential Missouri probate and creditor's claim matters; research issues related thereto; follow up on outstanding items regarding same; review and analyze related documentation (L. Rowe) | 1.0 | $445.00 |
| 08/04/2021 | Attended 341 Meeting of creditors and reported results to bank (M. Fielding) | .5 | $222.50 |
| 08/04/2021 | Strategize regarding issue regarding Caw's ownership of real estate and steps Bank will need to take to protect itself (M. Fielding) | .2 | $89.00 |
| 08/16/2021 | Analyzed Court's order denying plan and follow up (M. Fielding) | .2 | $89.00 |
| 09/03/2021 | Reviewed Amended Chapter 13 Plan noting edits and possible objections and made recommendation to client regarding how to proceed (M. Fielding) | .4 | $178.00 |
| 09/07/2021 | Drafted objection to Amended Plan (M. Fielding) | 1.2 | $534.00 |
| 09/08/2021 | Reviewed Court's notice regarding hearing and follow up (.1); reviewed Chapter 13 Trustee's objection to Amended Plan and updated Bank regarding same (.1) (M. Fielding) | .2 | $89.00 |
| 09/30/2021 | Analyzed the Court's orders regarding denial of confirmation and dismissal of case and updated client regarding developments (M. Fielding) | .2 | $89.00 |
| 10/01/2021 | Call with Debtors' counsel regarding issues with the Chapter 13 case and updated client regarding information learned (M. Fielding) | .2 | $89.00 |
| 10/04/2021 | Analyzed Carol Caw's will; call with Debtor' counsel discussing issues with the will and the opening of a probate estate; provided detailed update to Independent Farmers Bank regarding developments (M. Fielding) | .8 | $356.00 |
| 10/05/2021 | Analyzed debtors' filings to reinstate case and updated client regarding developments and exchanged follow up emails regarding same (M. Fielding) | .2 | $89.00 |
| 10/06/2021 | Reviewed Court's order reinstating case, updated client and followed up with Debtors' counsel to inquire what the Debtors intend to do going forward with respect to the Plan (M. Fielding) | .2 | $89.00 |
| 10/07/2021 | Exchanged emails with Debtors' counsel regarding insurance; reviewed Court order regarding continuance of hearing and updated IFB regarding developments in case (M. Fielding) | .2 | $89.00 |
| 10/27/2021 | Directed assistant to review docket and ascertain from court clerk status of hearing on IFB's objection to plan in light of the court's scheduled hearing on the Trustee's objection (M. Fielding) | .1 | $44.50 |
| 10/29/2021 | Reviewed court's docket and followed up with Ingersoll's counsel regarding the upcoming hearing and whether an amended plan will be filed (M. Fielding) | .2 | $89.00 |
| 11/03/2021 | Reviewed Debtors' Amended Plan noting objectional issues and updated client regarding same (M. Fielding) | .3 | $133.50 |
| 11/03/2021 | Drafted objection to Debtors' Amended Plan (M. Fielding) | 1.5 | $667.50 |
| 11/03/2021 | Exchanged communications with Debtors' counsel regarding hearing and Plan (M. Fielding) | .1 | $44.50 |
| 11/09/2021 | Completed initial draft of objection to Plan and updated | | |

| | client regarding developments in case (M. Fielding) | .6 | $267.00 |
|---|---|---|---|
| 11/20/2021 | Directed staff to serve Court's Notice of Hearing and prepared certificate of service to be filed with the Court (M. Fielding) | .1 | $44.50 |
| 12/01/2021 | Reviewed Amended Plan and provided detailed email to bank regarding recommended course of action (M. Fielding) | .7 | $311.50 |
| | **TOTAL FEES** | | **$9,164.00** |
| | **TOTAL COSTS** | | **$19.72** |
| | **TOTAL FEES AND COSTS** | | **$9,183.72** |

540261-4
HB: 4871-3785-1911.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the ___21st___ day of __December__, 2021, the Notice of Post-Petition Mortgage Fees, Expenses and Charges was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

___X___ Upon filing, the CM/ECF system sent notification to Debtor(s) counsel and all parties participating in the CM/ECF system in this matter as follows:

- Ryan A. Blay    bankruptcy@wagonergroup.com, blay@wagonergroup.com;bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com
- Michael D. Fielding    michael.fielding@huschblackwell.com, susan.williams@huschblackwell.com;michael-fielding-0183@ecf.pacerpro.com;susan-williams-6839@ecf.pacerpro.com
- Richard Fink    ecfincdocs@WDMO13.com
- Susan L. Lissant    bankruptcy@dor.mo.gov
- Evan Lincoln Moscov    evan.moscov@moscovlaw.com, teresap@w-legal.com

_____Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as set forth within the matrix on file with the Clerk.

___X___ Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as follows:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Capital One Auto Finance, a division of Capital One, N.A.
 c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Kelli A. Ingersoll
Thomasen R. Ingersoll
487 East Emma Street
Osborn, MO 64474

___X___ To the Office of the United States Trustee via e-mail at ustpregion13.kc.ecf@usdoj.gov.

HUSCH BLACKWELL LLP


*/s/ Michael D. Fielding*
MICHAEL D. FIELDING, MBE #53124
4801 Main Street, Suite 1000
Kansas City, MO  64112
Telephone:    (816) 983-8000
Facsimile:    (816) 983-8080
michael.fielding@huschblackwell.com
ATTORNEYS FOR INDEPENDENT
FARMERS BANK

540261-4
HB: 4871-3785-1911.1