## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:  Thomasen R. Ingersoll     )
   Kelli A. Ingersoll      )
             )  Case No. 21-50191
       Debtors    )

### DEBTORS' OBJECTION TO CREDITOR INDEPENDENT FARMERS BANK'S NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES (DOCKET #89).

COME NOW Debtors, Thomasen and Kelli Ingersoll (the "Debtors"), by and through Counsel, and for their Objection to the Notice of Postpetition Mortgage Fees, Expenses, and Charges (Docket #89) filed on behalf of creditor Independent Farmers Bank, state as follows:

1. The Debtors filed this Bankruptcy proceeding under Chapter 13 on July 7, 2021.

2. Creditor Independent Farmers Bank is a major secured creditor, holding liabilities secured by the Debtors' primary residence, second residence, and one of their vehicles.

3. The Debtors' Chapter 13 plan is not yet confirmed.

4. Independent Farmers Bank has hired competent counsel to represent its interest in a complex Chapter 13 proceeding.

5 However, the amount sought, $9,183.72, is grossly excessive compared with the presumed no-look fees entered into by Debtors and their counsel, which provides for $4,100 through confirmation of the plan.

6. The purpose of the presumed fees and court guidelines for creditor's fees is to prevent the bankruptcy estate from hemorrhaging money, leaving the Debtors unable to reorganize.

7. The Debtors and counsel appreciate the burden on creditor's counsel in this case. However, Debtors' counsel also recognizes that the Debtors have far less resources than the moving creditor.

8. Therefore, Debtors request this Court reduce the amount of the fees requested.

WHEREFORE, Debtors pray the Court to deny in part the Creditor's Notice of Postpetition Mortgage Fees, Expenses, and Charges (Docket #89), and for such other relief as the Court deems just and proper.

1

Dated: 12/31/2021

Respectfully submitted,
W M Law
/s/ Ryan A. Blay

Ryan A. Blay MO KS001066
15095 W 116th St
Olathe, KS 66062
(913) 422-0909 / Fax (913) 428-8549
Blay@wagonergroup.com
ATTORNEY FOR DEBTORS

NOTICE OF MOTION

Any party with an objection is directed to file a Responsse to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order.

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 31, 2021, the foregoing was delivered to Richard V. Fink, Chapter 13 Trustee via ECF Email.

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Room 1510, Kansas City, MO 64106.

/s/ Ryan A. Blay

2