**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THOMASEN R. INGERSOLL and | ) | Bankruptcy Case No. |
| KELLI A. INGERSOLL | ) | 21-50191 |
| | ) | |
| Debtors. | ) | |

**JOINT MOTION TO APPROVE
JOINT STIPULATION AND AGREED ORDER BY AND BETWEEN INDEPENDENT
FARMERS BANK AND DEBTORS REGARDING NOTICE OF POSTPETITION
MORTGAGE FEES, EXPENSES, AND CHARGES (DOCKET #89)**

Independent Farmers Bank ("IFB") and Debtors Thomasen R. Ingersoll and Kelli A.

Ingersoll (collectively the "Debtors") hereby move the Court to enter an Order which approves

the proposed *Agreed Order by and between Independent Farmers Bank and Debtors Regarding*

*Notice of Postpetition Mortgage Fees, Expenses, and Charges (Docket #89)* ("Agreed Order") by

and between Debtors and IFB.  In support of this Motion, IFB states and alleges as follows:

1.      On July 7, 2021, Debtors filed for voluntary relief under Chapter 13 of the United

States Bankruptcy Code (the "Petition Date").  Doc. No. 1.

2.      Debtors' Chapter 13 Plan is not yet confirmed.

3.      On December 21, 2021, IFB filed its Notice of Postpetition Mortgage Fees,

Expenses, and Charges ("Notice").  Docket No. 89.

4.      On December 31, 2021, Debtors filed their Objection IFB's Notice.  Docket

No. 93.

5.      The parties have stipulated and consented to the proposed Agreed Order attached

hereto and incorporated herein as **Exhibit A.**

6.      IFB and the Debtors respectfully request that this Court approve said Joint

Stipulation and Order.

HB: 4884-4005-2745.1

WHEREFORE, IFB and the Debtors respectfully request this Court enter the proposed

Agreed Order which approves this joint stipulation and for such other and further relief as the

Court deems just and equitable.

Date: January 20, 2022

HUSCH BLACKWELL LLP


By:    */s/ Michael D. Fielding*
Michael D. Fielding, MO #53124
4801 Main Street, Suite 1000
Kansas City, MO  64112
Office: (816) 983-8000
Fax No: (816) 983-8080
michael.fielding@huschblackwell.com

ATTORNEYS FOR
INDEPENDENT FARMERS BANK


W M Law


By:    */s/ Ryan A. Blay*
Ryan A. Blay MO KS001066
15095 W 116th St
Olathe, KS 66062
(913) 422-0909 / Fax (913) 428-8549
Blay@wagonergroup.com
ATTORNEY FOR DEBTORS

HB: 4884-4005-2745.1                    2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of ___January___, 2022, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

__X__ Upon filing, the CM/ECF system sent notification to Debtor(s) counsel and all parties participating in the CM/ECF system in this matter as follows:

- **Ryan A. Blay**   bankruptcy@wagonergroup.com,  blay@wagonergroup.com; bankruptcy@wagonergroup.com; blayrr52985@notify.bestcase.com; wmlecf@gmail.com

- **Richard Fink**   ecfincdocs@WDMO13.com

_____ Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as set forth within the matrix on file with the Clerk.

_____ Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as follows:  None

__X__ To the Office of the United States Trustee via e-mail at ustpregion13.kc.ecf@usdoj.gov.

*/s/ Michael D. Fielding*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In re:                                              )
                                                    )
THOMASEN R. INGERSOLL and          )        Bankruptcy Case No.
KELLI A. INGERSOLL                        )        21-50191
                                                    )
                Debtors.                        )

## AGREED ORDER BY AND BETWEEN INDEPENDENT FARMERS BANK AND DEBTORS REGARDING NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES (DOCKET #89)

THIS MATTER coming before the Court on the *Joint Motion to Approve Joint Stipulation and Agreed Order by and between Independent Farmers Bank and Debtors Regarding Notice of Postpetition Mortgage Fees, and Expenses, and Charges (Docket #89)*; and the Court having jurisdiction in regard to this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court having reviewed the record as a whole; the Court being fully advised of the premises; and the parties having agreed to the following:

THE COURT HEREBY FINDS THAT:

1.      On July 7, 2021, Debtors filed for voluntary relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").  Doc. No. 1.

2.      Debtors' Chapter 13 Plan is not yet confirmed.

3.      On December 21, 2021, Independent Farmers Bank ("IFB") filed its Notice of Postpetition Mortgage Fees, Expenses, and Charges ("Notice") in the amount of $9,183.72 covering the period of time from July 8, 2021 to December 1, 2021.  Docket No. 89.

4.      On December 31, 2021, Debtors filed their Objection IFB's Notice.  Docket No. 93.

5.      The parties have resolved the matter and hereby stipulate and agree to the allowance of the full fee amount ($9,183.72) *but* only $7,500 is to be paid through the Chapter 13 plan and the remaining $1,683.72 to be paid at the conclusion of the loan when the final indebtedness becomes due.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT, the recitals heretofore made are incorporated by reference and made a part hereof as if contained herein; and it is further

ORDERED, that IFB's Postpetition Mortgage Fees, Expenses and Charges are allowed in the full fee amount of $9,183.72, with $7,500 of that amount to be paid through the Chapter 13 plan and the remaining $1,683.72 to be paid by the Borrowers at the conclusion of the loan when the final indebtedness becomes due.

IT IS SO ORDERED.

Dated:  _____                    _____
                                             Judge Brian T. Fenimore

HB: 4860-8514-7145.1                                        2

Submitted by:

By: */s/ Michael D. Fielding*
Michael D. Fielding, MO #53124
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
Office: (816) 983-8000
Fax No: (816) 983-8080
michael.fielding@huschblackwell.com

ATTORNEYS FOR
INDEPENDENT FARMERS BANK


Approved by:

By: */s/ Ryan A. Blay*
Ryan A. Blay, MO #
W M Law
15095 W. 116th Street
Olathe, KS 66062
(913) 422-0909 / Fax (913) 428-8549
Blay@wagonergroup.com

ATTORNEYS FOR DEBTORS