**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THOMASEN R. INGERSOLL and | ) | Bankruptcy Case No. |
| KELLI A. INGERSOLL | ) | 21-50191 |
| | ) | |
| Debtors. | ) | |

**AGREED ORDER BY AND BETWEEN INDEPENDENT FARMERS BANK AND
DEBTORS REGARDING NOTICE OF POSTPETITION MORTGAGE FEES,
EXPENSES, AND CHARGES (DOCKET #89)**

THIS MATTER coming before the Court on the *Joint Motion to Approve Joint Stipulation and Agreed Order by and between Independent Farmers Bank and Debtors Regarding Notice of Post-petition Mortgage Fees, and Expenses, and Charges (Docket #89)*; and the Court having jurisdiction in regard to this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court having reviewed the record as a whole; the Court being fully advised of the premises; and the parties having agreed to the following:

THE COURT HEREBY FINDS THAT:

1.      On July 7, 2021, Debtors filed for voluntary relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").  Doc. No. 1.

2.      Debtors' Chapter 13 Plan is not yet confirmed.

3.      On December 21, 2021, Independent Farmers Bank ("IFB") filed its Notice of Post-petition Mortgage Fees, Expenses, and Charges ("Notice") in the amount of $9,183.72 covering the period of time from July 8, 2021 to December 1, 2021.  Docket No. 89.

4.      On December 31, 2021, Debtors filed their Objection IFB's Notice.  Docket No. 93.

HB: 4860-8514-7145.1

5.      The parties have resolved the matter and hereby stipulate and agree to the allowance of the full fee amount ($9,183.72) *but* only $7,500 is to be paid through the Chapter 13 plan and the remaining $1,683.72 to be paid at the conclusion of the loan when the final indebtedness becomes due.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT, the recitals heretofore made are incorporated by reference and made a part hereof as if contained herein; and it is further

ORDERED, that IFB's Post-petition Mortgage Fees, Expenses and Charges are allowed in the full fee amount of $9,183.72, with $7,500 of that amount to be paid through the Chapter 13 plan and the remaining $1,683.72 to be paid by the Borrowers at the conclusion of the loan when the final indebtedness becomes due.

IT IS SO ORDERED.


Dated:  1/20/2022                          /s/ Brian T. Fenimore
                                           Honorable Brian T. Fenimore
                                           United States Bankruptcy Judge

Submitted by:

By: */s/ Michael D. Fielding*
Michael D. Fielding, MO #53124
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
Office: (816) 983-8000
Fax No: (816) 983-8080
michael.fielding@huschblackwell.com

ATTORNEYS FOR
INDEPENDENT FARMERS BANK


Approved by:

By: */s/ Ryan A. Blay*
Ryan A. Blay, MO #
W M Law
15095 W. 116th Street
Olathe, KS 66062
(913) 422-0909 / Fax (913) 428-8549
Blay@wagonergroup.com

ATTORNEYS FOR DEBTORS