## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THOMASEN R. INGERSOLL and | ) | Bankruptcy Case No. |
| KELLI A. INGERSOLL | ) | 21-50191 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the ___20th___ of ___January___, 2022, the Agreed Order by and between Independent Farmers Bank and the Debtors regarding the Notice of Post-Petition Mortgage Fees, Expenses and Charges (Document #97) was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

___X___ Upon filing, the CM/ECF system sent notification to Debtor(s) counsel and all parties participating in the CM/ECF system in this matter as follows:

- **Ryan A. Blay**    bankruptcy@wagonergroup.com, blay@wagonergroup.com;bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

- **Richard Fink**    ecfincdocs@WDMO13.com

___X___ To the Office of the United States Trustee via e-mail at ustpregion13.kc.ecf@usdoj.gov.

_____ Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as set forth within the matrix on file with the Clerk.

___X___ Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as follows:

Capital one Auto Finance, a division of Capital One
N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK  73118

540261-4
HB: 4886-9767-7578.1

HUSCH BLACKWELL LLP


By:___*/s/ Michael D. Fielding*_____
Michael D. Fielding, MBE #53124
4801 Main Street, Suite 1000
Kansas City, MO  64112
Office: (816) 983-8000
Fax No: (816) 983-8080
michael.fielding@huschblackwell.com
ATTORNEYS FOR INDEPENDENT FARMERS
BANK

540261-4
HB: 4886-9767-7578.1

2