**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | THOMASEN R. INGERSOLL |
| Debtor 2 (Spouse, if filing) | KELLI A. INGERSOLL |
| United States Bankruptcy Court for the: | Western District of Missouri (State) |
| Case number | 21-50191 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Independent Farmers Bank ("IFB")  **Court claim no**. (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:   Please refer to Proof(s) of Claim

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☒ Yes. Date of the last notice: 12 / 21 / 2021

---

**Part 1:**  **Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 12/28/2021 to 06/15/2022 | (3) | $ 2,773.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

4871-0491-7285

Debtor 1 _THOMASEN R. INGERSOLL_____    Case number (*if known*) __21-50191_____

First Name        Middle Name        Last Name

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _/s/ Jill Niece_____    Date __06_/_13_/_2022____

Signature

Print: __Jill Niece_____    Title __President/CEO_____

First Name        Middle Name        Last Name

Company __Independent Farmers Bank_____

Address __P.O. Box 128_____

Number        Street

__Maysville_____MO____64469___

City        State        ZIP Code

Contact phone ( _816_ ) _449_ – _2182____    Email _____

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page **2**

INDEPENDENT FARMERS BANK
THOMASEN & KELLI INGERSOLL                                        21-50191
Summary of Fees/Costs for Notice of Post-petition Mortgage Fees, Expenses, and Charges

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 12/28/2021 | Docket deadline to file notice of post-petition mortgage fees, expenses and charges (S Williams | .1 | $19.50 |
| 12/29/2021 | Reviewed pleading filed with the Court and confirmed court has canceled hearing on earlier objection filed by IFB to Debtors' Plan (M Fielding) | .1 | $44.50 |
| 01/03/2022 | Analyzed Debtors' fee objection, began work on response brief and updated Independent Farmers Bank regarding developments and recommended course of action (M Fielding) | .4 | $180.00 |
| 01/03/2022 | Followed up with Debtors' counsel to discuss resolution of fee objection (M Fielding) | .1 | $19.50 |
| 01/03/2022 | Prepare initial draft of response to objection to notice of post-petition mortgage fees, expenses and charges (S Williams) | .2 | $39.00 |
| 01/05/2022 | Call with Debtors' counsel discussing issues with sale of rental property, plan confirmation and fee objections (M Fielding) | .2 | $90.00 |
| 01/12/2022 | Exchanged emails with Debtors' counsel regarding proposed resolution of fee objection and exchanged various follow up communications with Independent Farmers Bank regarding possible resolution of matter (.5); made settlement proposal to opposing counsel to resolve matter (.1) (M Fielding) | .6 | $270.00 |
| 01/13/2022 | Exchanged emails confirming settlement on fee objection and follow up (M Fielding) | .1 | $45.00 |
| 01/13/2022 | Prepare joint stipulation and agreed order regarding resolution of Debtors' objection to the Bank's fees, expenses and charges (S Williams) | .8 | $156.00 |
| 01/18/2022 | Drafted proposed motion and order resolving fee dispute and sought Debtors' counsel approval of same (M Fielding) | .6 | $270.00 |
| 01/20/2022 | Followed up with Ingersolls' counsel regarding proposed motion and order resolving fee dispute and, after obtaining Debtors' approval, finalized joint motion and proposed order and follow up (.3); updated client regarding entry of Court's order and follow up (.1). | .4 | $180.00 |
| 02/03/2022 | Review Court orders related to denial of Debtors' plan and followed p with Debtors' counsel regarding reason for the denial, status on the sale of the rental property and whether the probate proceeding will be son opened (M Fielding) | .1 | $45.00 |
| 02/03/2022 | Communication with Debtors' counsel regarding his inquiry about the bank's willingness to do a modification or workout to enable the borrowers to come up with cash to enable them to confirm their Chapter 13 Plan (M Fielding) | .1 | $45.00 |
| 02/28/2022 | Review 3rd Amended Plan, followed up with Debtors' counsel regarding key issues in case and updated Independent Farmers Bank regarding developments (.5); follow up email with Debtors' counsel regarding key issues with case (.1) (M Fielding) | .6 | $270.00 |

540261-4
HB: 4871-3785-1911.1

| | | | |
|---|---|---|---|
| 03/17/2022 | Reviewed amended plan and correspond with opposing counsel regarding defective provision in it with respect to the proposed probate estate (M Fielding) | .1 | $45.00 |
| 03/23/2022 | Further reviewed the amended plan and advised Independent Farmers Bank regarding matter and provided update based on information learned from the Ingersolls' attorney (M Fielding) | .1 | $45.00 |
| 05/10/2022 | Reviewed Court's order approving plan and updated bank regarding developments (M Fielding) | .1 | $45.00 |
| 05/16/2022 | Exchanged emails with bank regarding case (.1); prepared request for proof of insurance (.2) (M Fielding) | .3 | $135.00 |
| 05/20/2022 | Left follow up voice mail and email with opposing counsel inquiring about status of proof of insurance (M Fielding) | .1 | $45.00 |
| 06/06/2022 | Followed up with Ingersolls' attorney regarding requested proof of insurance (M Fielding) | .1 | $45.00 |
| 06/06/2022 | Worked on stay relief motion (M Fielding) | .2 | $90.00 |
| 06/07/2022 | Continued work on stay relief motion (M Fielding | .9 | $405.00 |
| 06/08/2022 | Drafted stay relief motion (M Fielding) | .5 | $223.00 |
| 06/09/2022 | Research and prepare Notice of Post-Petition Mortgage Fees, Expenses and Charges and transmit to client (J Mendoza) | .2 | $21.50 |
| | **TOTAL FEES** | | **$2,773.00** |
| | **TOTAL COSTS** | | **$0.00** |
| | **TOTAL FEES AND COSTS** | | **$2,773.50** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the ____14th____ day of __June__, 2022, the Notice of Post-Petition Mortgage Fees, Expenses and Charges was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

__X__  Upon filing, the CM/ECF system sent notification to Debtor(s) counsel and all parties participating in the CM/ECF system in this matter as follows:

- Ryan A. Blay    bankruptcy@wagonergroup.com, blay@wagonergroup.com;bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com
- Michael D. Fielding    michael.fielding@huschblackwell.com, susan.williams@huschblackwell.com;michael-fielding-0183@ecf.pacerpro.com;susan-williams-6839@ecf.pacerpro.com
- Richard Fink    ecfincdocs@WDMO13.com
- Susan L. Lissant    bankruptcy@dor.mo.gov
- Evan Lincoln Moscov    evan.moscov@moscovlaw.com, teresap@w-legal.com

_____Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as set forth within the matrix on file with the Clerk.

__X__  Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as follows:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Capital One Auto Finance, a division of Capital One, N.A.
 c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Kelli A. Ingersoll
Thomasen R. Ingersoll
487 East Emma Street
Osborn, MO 64474

__X__  To the Office of the United States Trustee via e-mail at ustpregion13.kc.ecf@usdoj.gov.

540261-4
HB: 4871-3785-1911.1

HUSCH BLACKWELL LLP


*/s/ Michael D. Fielding*
MICHAEL D. FIELDING, MBE #53124
4801 Main Street, Suite 1000
Kansas City, MO  64112
Telephone:    (816) 983-8000
Facsimile:    (816) 983-8080
michael.fielding@huschblackwell.com
ATTORNEYS FOR INDEPENDENT
FARMERS BANK