## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:                                          )
                                                )
THOMASEN R. INGERSOLL and                       )   Bankruptcy Case No.
KELLI A. INGERSOLL                              )   21-50191
                                                )
                    Debtors.                    )

## CERTIFICATE OF SERVICE

I hereby certify that on the ___21st___ of __July__, 2022, the Order Allowing the Notice of Post-Petition Mortgage Fees, Expenses, and Charges (Document #142) was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

___X___ Upon filing, the CM/ECF system sent notification to Debtor(s) counsel and all parties participating in the CM/ECF system in this matter as follows:

- **Ryan A. Blay**    bankruptcy@wagonergroup.com, blay@wagonergroup.com;bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com
- **Richard Fink**    ecfincdocs@WDMO13.com

___X___ To the Office of the United States Trustee via e-mail at ustpregion13.kc.ecf@usdoj.gov.

_____ Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as set forth within the matrix on file with the Clerk.

And served on the following on the 1st day of August, 2022:

___X___ Via U.S. Mail, first class, postage prepaid and properly addressed to all parties of interest as follows:

Capital one Auto Finance, a division of Capital One
N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK  73118

540261-4
HB:  4896-1651-7165

HUSCH BLACKWELL LLP

By:   */s/ Michael D. Fielding*
Michael D. Fielding, MBE #53124
4801 Main Street, Suite 1000
Kansas City, MO  64112
Office: (816) 983-8000
Fax No: (816) 983-8080
michael.fielding@huschblackwell.com
ATTORNEYS FOR INDEPENDENT
FARMERS BANK

540261-4
HB:  4896-1651-7165

2