## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:  Thomasen Ingersoll                              )
        Kelli Ingersoll                              )          Case No.:  21-50191
                                )
            Debtor(s)                              )

## MOTION FOR POST-CONFIRMATION FEES

        Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

_____X_____    Motions for Payoff of Chapter 13 Plan - $150
                    Date Motion filed 10/5/2022
___X_____    Motions to Incur Additional Debt - $350
                    Date Motion filed 10/5/2022

        The services indicated above having been completed, additional compensation is hereby requested in the amount of $500.00, and expenses in the amount of $0.00.
        **I hereby certify that the services referenced in this motion were actually provided after the original confirmation (5/10/2022) of the plan in this case.**

10/5/2022

                                Respectfully submitted,
                                W M Law

                                /s/  Ryan A Blay
                                Ryan A Blay, KS#28110, MO#KS001066
                                15095 W 116th St.
                                Olathe, KS 66062
                                (913) 422-0909 / (913) 428-8549
                                Blay@wagonergroup.com
                                ATTORNEY FOR DEBTOR(S)

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

## CERTIFICATE OF SERVICE

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail. Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
DEBTORS VIA US MAIL - 487 East Emma Street, Osborn, MO  64474
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
                                          /s/ Ryan A. Blay